SAMUEL EISEMAN & CO., INC., v. ASTRA SALES CO., INC.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.